**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 1:17-cr-0046-SKO |
| | ) | |
| Plaintiff, | ) | **DEFENDANT'S STATUS REPORT ON** |
| v. | ) | **UNSUPERVISED PROBATION** |
| | ) | |
| MARIA CRUZ LOPEZ, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a False United States Identification Document, in violation of 18 USC 1028(a)(6) |
| **Sentence Date:** | April 6, 2017 |
| **Review Hearing Date:** | April 5, 2018 |
| **Probation Expires On:** | April 6, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,525 ($1,500 fine; $25 special assessment)

☒ **Other Conditions:** Complete 60 hours of community service by October 6, 2017

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
  ☐ If not paid in full when was last time payment: Date:
  Amount:

☐ Compliance with Other Conditions of Probation:

*GOVERNMENT POSITION:*

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

            *//s// Darin Rock*
            Darin Rock
            Special Assistant United States Attorney

*DEFENDANT'S REQUEST (OPTIONAL):*

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 4/5/2018 at 10:00 a.m.

 ☒ be continued to ___3/7/2019___ at 10:00 a.m.; or

 ☐ be vacated.

DATED: 3/23/2018             */s/ Andrew Wong*
                     DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒  GRANTED in part. The Court orders that the Review Hearing set for April 5, 2018 at 10:00 am be continued to May 10, 2018 at 10:00 a.m. Within seven days of the continued review hearing, the Defendant is ordered to provide a supplemental status report which sets forth his actual community service time and dates consistent with the format in the Court's community service form. As of now, the Defendant is ordered to appear.

☐  DENIED.

IT IS SO ORDERED.

Dated: **April 3, 2018**              _____
                     UNITED STATES MAGISTRATE JUDGE