## IN THE UNITED STATES DISTRICT COURT
## For The
## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Case No. 1:17-cr-0046-SKO |
| ) | |
| Plaintiff, ) | **AMENDED DEFENDANT'S STATUS REPORT ON** |
| v. ) | **UNSUPERVISED PROBATION** |
| ) | |
| MARIA CRUZ LOPEZ, ) | |
| ) | |
| Defendant. ) | |
| ) | |

PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a False United States Identification Document, in violation of 18 USC 1028(a)(6) |
| **Sentence Date:** | April 6, 2017 |
| **Review Hearing Date:** | May 10, 2018 |
| **Probation Expires On:** | April 6, 2019 |

### *CONDITIONS OF UNSUPERVISED PROBATION:*

☒ **Obey all federal, state and local laws**; and

☒ **Monetary Fines & Penalties in Total Amount of:** $1,525 ($1,500 fine; $25 special assessment)

☒ **Other Conditions:** Complete 60 hours of community service by October 6, 2017

### *COMPLIANCE:*

☒ Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐ Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐ To date, Defendant has paid a total of $
    ☐ If not paid in full when was last time payment:    Date:
                                                                                                Amount:

☐ Compliance with Other Conditions of Probation:

## GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

> *//s// Darin Rock*
> Darin Rock
> Special Assistant United States Attorney

## DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 5/10/2018 at 10:00 a.m.

☒ be continued to ____3/7/2019____ at 10:00 a.m.; or

☐ be vacated.

DATED: 4/11/2018                    */s/ Andrew Wong*
                                    DEFENDANT'S COUNSEL

## O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒ GRANTED. The Court orders that the Review Hearing set for May 10, 2018 at 10:00 am be continued to March 7, 2019 at 10:00 am. Defendant is ordered to appear at that date and time and shall file 14 days prior to the hearing a status report reading her probation.

☐ DENIED.

IT IS SO ORDERED.

Dated: **April 12, 2018**                    _____
                                              UNITED STATES MAGISTRATE JUDGE