**IN THE UNITED STATES DISTRICT COURT**
**For The**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br>v.<br><br>MARIA CRUZ LOPEZ,<br><br>     Defendant. | Case No. 1:17-cr-00046-SKO<br><br>**DEFENDANT'S STATUS REPORT ON UNSUPERVISED PROBATION** |

   PURSUANT to an order of this Court the Defendant hereby submits his status report on unsupervised probation:

| | |
|---|---|
| **Convicted of:** | Possession of a False United States Identification Document, in violation of 18 USC 1028(a)(6) |
| **Sentence Date:** | April 6, 2017 |
| **Review Hearing Date:** | May 10, 2018 |
| **Probation Expires On:** | April 6, 2019 |

*CONDITIONS OF UNSUPERVISED PROBATION:*

☒   **Obey all federal, state and local laws**; and

☒   **Monetary Fines & Penalties in Total Amount of:** $1,525 ($1,500 fine; $25 special assessment)

☒   **Other Conditions:** Complete 60 hours of community service by October 6, 2017

*COMPLIANCE:*

☒   Defendant has complied with and completed <u>all</u> conditions of probation described above.

**Otherwise:**

☐   Defendant has not been arrested, cited or charged with any federal, state or local criminal offenses since being placed on probation by this Court.

☐   To date, Defendant has paid a total of $
   ☐ If not paid in full when was last time payment:    Date:
                                  Amount:

☐   Compliance with Other Conditions of Probation:

### GOVERNMENT POSITION:

☒ The Government agrees to the above-described compliance.

☐ The Government disagrees with the following area(s) of compliance:

Government Attorney:

                        */s/ Gary Leuis*
                        Gary Leuis
                        Special Assistant United States Attorney

### DEFENDANT'S REQUEST (OPTIONAL):

In light of the information detailed in this status report, the defendant moves for the following:

☒ that the review hearing set for 3/7/2019 at 10:00 a.m.

    ☐ be continued to _____ at 10:00 a.m.; or

    ☒ be vacated.

DATED: 2/21/2019                                        */s/ Hope Alley*
                                                  DEFENDANT'S COUNSEL

# O R D E R

The Court having considered the defendant's request,

**IT IS HEREBY ORDERED** that the Defendant's request is:

☒    GRANTED. The Court orders that the Review Hearing be vacated.

☐    DENIED.

IT IS SO ORDERED.

Dated: **February 15, 2019**
                                                          UNITED STATES MAGISTRATE JUDGE